11-3033-cv
Zalaski v. City of Bridgeport Police Department

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of August, two thousand twelve.

Present:
> ROBERT A. KATZMANN,
> RICHARD C. WESLEY,
> PETER W. HALL,
> > *Circuit Judges.*

_____

LISA ZALASKI,

> *Plaintiff-Appellant*,

> > v.                         No. 11-3033-cv

CITY OF BRIDGEPORT POLICE DEPARTMENT and DEPUTY CHIEF JAMES J. HONIS,

> *Defendants-Appellees*.[*]

_____

For Plaintiff-Appellant:         DEREK V. OATIS, Lobo & Novak, LLP, Manchester, Conn.

For Defendants-Appellees:       BETSY A. EDWARDS, Office of the City Attorney, Bridgeport, Conn.

_____

[*] The Clerk of the Court is directed to amend the official caption as noted.

Appeal from the United States District Court for the District of Connecticut (Bryant, *J.*).

**ON CONSIDERATION WHEREOF**, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the judgment of the district court be and hereby is **AFFIRMED**.

Plaintiff-Appellant Lisa Zalaski appeals from a June 29, 2011 judgment of the United States District Court for the District of Connecticut (Bryant, *J.*) granting defendants' motion for summary judgment and dismissing plaintiff's sole claim, brought pursuant to 42 U.S.C. § 1983, that defendants violated her right to freedom of speech and assembly under the First Amendment at a demonstration held in October 2006. We assume the parties' familiarity with the pertinent facts and procedural history.

Having previously remanded this case and given the parties a full opportunity to provide additional, relevant information that would illuminate the issues on appeal, *see Zalaski v. City of Bridgeport Police Dep't*, 613 F.3d 336, 337 (2d Cir. 2010) (per curiam), and upon our *de novo* review of the instant record, we find no material error that would cause us to reverse. *See McGullam v. Cedar Graphics, Inc.*, 609 F.3d 70, 75 (2d Cir. 2010). Accordingly, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK